# OSBORN LAW P.C.

Daniel A. Osborn, Esq.      dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.      ltrust@osbornlawpc.com

June 30, 2025

**VIA ECF**

Honorable Stewart D. Aaron      Request GRANTED. SO ORDERED.
United States Magistrate Judge      Dated: 6/30/2025
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Aquilar v. Commissioner of Social Security,*
             Civil Action 1:25-cv-02778-SDA

Dear Judge Aaron,

    We write on behalf of plaintiff, Angel Lexus Aquilar, and with the consent of the defendant, to request a 75-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on July 5, 2025, per the Court's Standing Order. This is the Parties' first request for an extension. The Plaintiff requests this extension due to a heavy caseload in the next two weeks.

    Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **September 18, 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **November 17, 2025**; and

3. Plaintiff to file her reply, if any, on or before: **December 1, 2025.**

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036      Facsimile 212-500-5115      info@osbornlawpc.com

Honorable Stewart D. Aaron
June 30, 2025
Page 2

    Thank you for your consideration of this request.

                    Respectfully submitted,

                    s/Daniel A. Osborn
                    Daniel A. Osborn
                    OSBORN LAW, P.C.
                    43 West 43rd Street, Suite 131
                    New York, New York 10036
                    Telephone:   212-725-9800
                    Facsimile:   212-500-5115
                    dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)