**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
 ANGEL LEXUS AQUILAR,

                              Plaintiff,                    25 **CIVIL** 02778 (SDA)

         -v-                                                **<u>JUDGMENT</u>**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
------------------------------------------------------------------------X


     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated February 4, 2026, that the Commissioners

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the

opportunity for a hearing and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

         February 5, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                             **Clerk of Court**

                         **BY:**
                                        _____
                                             **Deputy Clerk**